Commonwealth *v.* Ferebee, Appellant.

Argued September 12, 1973. *Joel Feldscher,* for appellant; *David Richman,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Fleischmann, Appellant.

Argued September 19, 1973. *Charles Lowenthal,* for appellant; *David Richman,* with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.